**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **ADAPTIX, INC.,**<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>**ALCATEL-LUCENT USA, INC.** and **AT&T, INC.**,<br>**AT&T MOBILITY LLC**,<br>**CELLCO PARTNERSHIP** d/b/a **VERIZON WIRELESS** and<br>**SPRINT SPECTRUM L.P**,<br><br>　　　　　Defendants. | Civil Action No. 6:12-CV-22 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)

Plaintiff, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) files this Notice of Voluntary Dismissal Without Prejudice as to Defendant Cellco Partnership d/b/a Verizon Wireless and Defendant Sprint Spectrum L.P.  Defendants Cellco Partnership d/b/a Verizon Wireless and Sprint Spectrum L.P. have yet to file an answer or motion for summary judgment.

Date: March 9, 2012　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　By: /s/ Paul J. Hayes (w/permission W. Hill)
　　　　　　　　　　　　　　　　　　　　　Paul J. Hayes – LEAD ATTORNEY
　　　　　　　　　　　　　　　　　　　　　Dean G. Bostock
　　　　　　　　　　　　　　　　　　　　　**HAYES, BOSTOCK & CRONIN LLC**
　　　　　　　　　　　　　　　　　　　　　300 Brickstone Square, 9th Fl.
　　　　　　　　　　　　　　　　　　　　　Andover, Massachusetts 01810
　　　　　　　　　　　　　　　　　　　　　Tel: (978) 809-3850
　　　　　　　　　　　　　　　　　　　　　Fax: (978) 809-3869
　　　　　　　　　　　　　　　　　　　　　Email: phayes@hbcllc.com
　　　　　　　　　　　　　　　　　　　　　Email: dbostock@hbcllc.com

06011733

>T. John Ward, Jr.
>Texas State Bar. No. 00794818
>J. Wesley Hill
>Texas State Bar. No. 24032294
>**WARD & SMITH LAW FIRM**
>P.O. Box 1231
>Longview, Texas 75606
>Tel: (903) 757-6400
>Fax: (903) 757-2323
>Email: jw@wsfirm.com
>Email: wh@wsfirm.com
>
>**ATTORNEYS FOR PLAINTIFF**
>**ADAPTIX, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on all counsel of record via electronic delivery this 9th day of March, 2012.

>/s/ Wesley Hill