**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

|  |  |
|---|---|
| **ADAPTIX, INC.**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 6:12-cv-0022 (LED) |
| ) | |
| **ALCATEL-LUCENT USA, INC.** and ) | |
| **AT&T MOBILITY LLC**, ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S REPLY TO THE FIRST AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND COUNTERCLAIMS OF
DEFENDANT ALCATEL-LUCENT USA, INC.**

Plaintiff, ADAPTIX, Inc. ("ADAPTIX"), replies to the First Amended Answer, Affirmative Defenses and Counterclaims of defendant, Alcatel-Lucent USA, Inc. ("ALU"), as follows:

**COUNTERCLAIMS**

30. Admitted.

31. Admitted.

**COUNT I**

32. Admitted.

33. Denied.

34. SmartPhone admits that ALU requests such relief but denies that ALU is entitled thereto.

06017639

## COUNT II

35. Admitted.

36. Denied.

37. SmartPhone admits that ALU requests such relief but denies that ALU is entitled thereto.

## COUNT III

38. Admitted.

39. Denied.

40. SmartPhone admits that ALU requests such relief but denies that ALU is entitled thereto.

## COUNT IV

41. Admitted.

42. Denied.

43. SmartPhone admits that ALU requests such relief but denies that ALU is entitled thereto.

## COUNT V

44. Admitted.

45. Denied.

46. SmartPhone admits that ALU requests such relief but denies that ALU is entitled thereto.

## COUNT VI

47. Admitted.

48. Denied.

49. Denied.

50. SmartPhone admits that ALU requests such relief but denies that ALU is entitled thereto.

## COUNT VII

51. Admitted.

52. Denied.

53. Denied.

54. SmartPhone admits that ALU requests such relief but denies that ALU is entitled thereto.

## COUNT VIII

55. Admitted.

56. Denied.

57. Denied.

58. SmartPhone admits that ALU requests such relief but denies that ALU is entitled thereto.

## COUNT IX

59. Admitted.

60. Denied.

61. Denied.

62. SmartPhone admits that ALU requests such relief but denies that ALU is entitled thereto.

## COUNT X

63. Admitted.

64. Denied.

65. Denied.

66. SmartPhone admits that ALU requests such relief but denies that ALU is entitled thereto.

## PRAYER FOR RELIEF

**WHEREFORE**, ADAPTIX respectfully requests that this Court:

A. Enter judgment in favor of ADAPTIX on all issues set forth in ALU's Answer, Affirmative Defenses and Counterclaims;

B. Deny all relief requested in ALU's Answers, Affirmative Defenses and Counterclaims;

C. Grant the relief requested by ADAPTIX in its Complaint, and

D. Grant ADAPTIX such further relief as this Court may deem just and proper.

## DEMAND FOR JURY TRIAL

ADAPTIX demands trial by jury on all issues raised in ALU's Counterclaims so triable.

Date: May 8, 2012  **ADAPTIX, INC.**

By: /s/ Paul J. Hayes (w/permission Wes Hill)
Paul J. Hayes – LEAD ATTORNEY
Dean G. Bostock
**HAYES BOSTOCK & CRONIN LLC**
300 Brickstone Square, Suite 901
Andover, MA  01810
Tel:  (978) 809-3850
Fax: (978) 809-3869
Email:  phayes@hbcllc.com
Email:  dbostock@hbcllc.com

T. John Ward, Jr.
Texas State Bar No. 00794818
J. Wesley Hill
Texas State Bar No. 24032294
**WARD & SMITH LAW FIRM**
P.O. Box 1231
Longview, TX 75606
Tel: (903) 757-6400
Fax: (903) 757-2323
Email: jw@wsfirm.com
Email: wh@wsfirm.com

**ATTORNEYS FOR THE PLAINTIFF
ADAPTIX, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 8th day of May, 2012.

/s/ Wesley Hill  
Wesley Hill