IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § | |
| v. | § | **No. 6:12cv22** |
| **ALCATEL-LUCENT USA, INC. , AND AT&T MOBILITY LLC** | § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § | |
| v. | § | **No. 6:12cv122** |
| **ALCATEL-LUCENT USA, INC. AND CELLCO PARTERNSHIP d/b/a** | § | |
| **VERIZON WIRELESS** | § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § | |
| v. | § | **No. 6:12cv123** |
| **ALCATEL-LUCENT USA, INC. AND SPRINT SPECTRUM L.P.** | § | |

## ORDER SETTING HEARING

Before the Court is the following pending motion: Joint Motion for a Hearing on the Parties' Summary Judgment and Daubert Motions (Docket Entry #s 311, 306, & 283). The Court grants part of the parties' motion.

The Court finds a hearing on the following motions would be beneficial and sets these for hearing June 2, 2015:

(1) Plaintiff's Motion for Partial Summary Judgment that, Pursuant to 35 U.S.C. § 103(c), United States Patent No. 7,072,315 is Not Prior Art to U.S. Patent No.

6,870,808 (Cause No. 6:12cv22, Docket Entry # 270)(Cause No. 6:12cv122, Docket Entry # 266)(Cause No. 6:12cv123, Docket Entry # 244);

(2) Defendants' *Daubert* Motion to Exclude Opinions and Testimony of Plaintiff's Damages Expert, Philip Green (Cause No. 6:12cv22, Docket Entry # 275)(Cause No. 6:12cv122, Docket Entry # 271)(Cause No. 6:12cv123, Docket Entry # 249);

(3) Alcatel-Lucent, USA, Inc.'s Motion for Partial Summary Judgment of Non-Infringement (Cause No. 6:12cv22, Docket Entry # 272)(Cause No. 6:12cv122, Docket Entry # 268)(Cause No. 6:12cv123, Docket Entry # 246); and

(4) Defendants' Motion for Summary Judgment of Non-Infringement of the '808 Patent (Cause No. 6:12cv22, Docket Entry # 274)(Cause No. 6:12cv122, Docket Entry # 270)(Cause No. 6:12cv123, Docket Entry # 248).

Each side is limited to two hours for oral argument at the hearing. This includes presentation of all four motions and any responses or replies thereto.

With regard to the other pending motions of which the Court is well aware, the Court intends to issue opinions relying on the briefing. However, the Court may, in its discretion, set hearings on these motions at a later date if deemed necessary. Based on the foregoing, it is

**ORDERED** the above-referenced summary judgment motions are hereby scheduled for hearing before the undersigned at **10:30 a.m** on June 2, 2015 at the United States District Court, Judge Steger's Courtroom, Tyler Texas.

**SIGNED this 12th day of May, 2015.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE