**IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **ADAPTIX, INC.** § | | |
| v. § | No. 6:12cv22 | |
| | LEAD CASE | |
| **ALCATEL-LUCENT, INC., et al.** § | SEALED | |
| | | |
| **ADAPTIX, INC.** § | | |
| v. § | No. 6:12cv369 | |
| | LEAD CASE | |
| **ERICSSON, INC., et al.** § | SEALED | |

## ORDER

The above cases were referred to the undersigned United States Magistrate Judge for pre-trial purposes in accordance with 28 U.S.C. § 636. In August of 2014, the defendants filed a Motion to Strike Portions of Dr. Wells' Expert Report (Docket Entry #s 234 & 135). Adaptix's surreply was filed in late September 2014. Given the length of time this motion has been pending, the Court would appreciate any updated information regarding this motion, including whether all of the issues raised in the motion still require resolution and whether the landscape has changed in any way given subsequent events in *Adaptix* cases. Accordingly, it is

**ORDERED** that within fourteen days from the date of entry of this Order, the parties may file a supplemental brief advising the Court of any updated information that might be helpful in its resolution of this motion.

**SIGNED this 1st day of July, 2015.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE