# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC., | § | No. 6:12-cv-0022-RWS-CMC |
| Plaintiff, | § | **(LEAD CASE)** |
| | § | |
| v. | § | |
| | § | |
| ALCATEL-LUCENT USA, INC. and | § | |
| AT&T MOBILITY LLC, | § | |
| | § | |
| Defendants, | § | |
| | | |
| v. | § | No. 6:12-cv-0123-RWS-CMC |
| | § | (Consolidated) |
| ALCATEL-LUCENT USA, INC. and | § | |
| SPRINT SPECTRUM L.P., | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF CHANGE OF FIRM AFFILIATION AND CONTACT INFORMATION

In accordance with the applicable Federal and Local Rules, Mark W. McGrory, counsel for Defendant Sprint Spectrum L.P., hereby provides notice to the Court and other counsel of record of his change of firm affiliation and contact information. New contact information for Mark W. McGrory is as follows:

**ERISE IP**
6201 College Boulevard, Suite 300
Overland Park, KS 66211
Office: 913-777-5600
Fax:    913-777-5601
Direct: 913-777-5643
Email: mark.mcgrory@eriseip.com

Dated: July 6, 2015　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By   /s/ *Mark W. McGrory, with permission by Michael E. Jones*
　　　　　　　　　　　　　　　　　　　　Mark W. McGrory　　(*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　ERISE IP
　　　　　　　　　　　　　　　　　　　　6201 College Boulevard, Suite 300
　　　　　　　　　　　　　　　　　　　　Overland Park, KS 66211
　　　　　　　　　　　　　　　　　　　　Tele: (913) 777-5600
　　　　　　　　　　　　　　　　　　　　Fax:  (913) 777-5601
　　　　　　　　　　　　　　　　　　　　Email: mark.mcgrory@eriseip.com

　　　　　　　　　　　　　　　　　　　　Michael E Jones
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 10929400
　　　　　　　　　　　　　　　　　　　　Allen F. Gardner
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24043679
　　　　　　　　　　　　　　　　　　　　POTTER MINTON, P.C.
　　　　　　　　　　　　　　　　　　　　110 N. College Avenue, Suite 500
　　　　　　　　　　　　　　　　　　　　Tyler, TX 75702
　　　　　　　　　　　　　　　　　　　　Tele: (903) 597-8311
　　　　　　　　　　　　　　　　　　　　Fax:  (903) 593-0846
　　　　　　　　　　　　　　　　　　　　Email: mikejones@potterminton.com
　　　　　　　　　　　　　　　　　　　　Email: allengardner@potterminton.com

　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANT
　　　　　　　　　　　　　　　　　　　　SPRINT SPECTRUM L.P.

## **CERTIFICATE OF SERVICE**

　　　　The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on July 6, 2015.


　　　　　　　　　　　　　　　　　　　　  /s/ *Michael E. Jones*