# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# TYLER DIVISION

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § § § | |
| *Plaintiff,* | § § | **Civil Action No. 6:12-CV-22-RWS-CMC** |
| v. | § § | |
| **ALCATEL-LUCENT USA, INC.,** *et al.*, | § § | **JURY TRIAL DEMANDED** |
| *Defendants,* | § § | |
| **ADAPTIX, INC.,** | § § | |
| *Plaintiff,* | § § § | **Civil Action No. 6:12-CV-122-RWS-CMC** |
| v. | § § | |
| **ALCATEL-LUCENT USA, INC.,** *et al.*, | § § | **JURY TRIAL DEMANDED** |
| *Defendants,* | § § | |
| **ADAPTIX, INC.,** | § § | |
| *Plaintiff,* | § § § | **Civil Action No. 6:12-CV-123-RWS-CMC** |
| v. | § § | |
| **ALCATEL-LUCENT USA, INC.,** *et al.*, | § § | **JURY TRIAL DEMANDED** |
| *Defendants,* | § § | |

**<u>PLAINTIFF ADAPTIX, INC.'S NOTICE OF APPEARANCE
FOR ANTHONY K. BRUSTER</u>**

1

Adaptix, Inc., plaintiff in the above-entitled and numbered civil actions, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

>Anthony K. Bruster, Of Counsel
>Texas State Bar No. 24036280
>akb@emafirm.com
>ALBRITTON LAW FIRM
>P.O. Box 2649
>Longview, Texas 75606
>Telephone:  (903) 757-8449
>Facsimile:  (903) 758-7397

>Respectfully submitted,
>
>/s/ Eric M. Albritton
>Eric M. Albritton
>Texas State Bar No. 00790215
>ema@emafirm.com
>Anthony K. Bruster, Of Counsel
>Texas State Bar No. 24036280
>akb@emafirm.com
>ALBRITTON LAW FIRM
>P.O. Box 2649
>Longview, Texas 75606
>Telephone:  (903) 757-8449
>Facsimile:  (903) 758-7397
>
>*Counsel for Adaptix, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 17th day of July 2015.

/s/ Eric M. Albritton
Eric M. Albritton