IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| **ADAPTIX, INC.,** <br><br> *Plaintiff,* <br><br> v. <br><br> **ALCATEL-LUCENT USA, INC.,** *et al.*, <br><br> *Defendants,* | § § § § § § § § § § § | **Civil Action No. 6:12-CV-22-RWS-CMC** <br><br> **JURY TRIAL DEMANDED** |
| **ADAPTIX, INC.,** <br><br> *Plaintiff,* <br><br> v. <br><br> **ALCATEL-LUCENT USA, INC.,** *et al.*, <br><br> *Defendants,* | § § § § § § § § § § § | **Civil Action No. 6:12-CV-122-RWS-CMC** <br><br> **JURY TRIAL DEMANDED** |
| **ADAPTIX, INC.,** <br><br> *Plaintiff,* <br><br> v. <br><br> **ALCATEL-LUCENT USA, INC.,** *et al.*, <br><br> *Defendants,* | § § § § § § § § § § § | **Civil Action No. 6:12-CV-123-RWS-CMC** <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF ADAPTIX, INC.'S NOTICE OF APPEARANCE
FOR ANTHONY K. BRUSTER**

Adaptix, Inc., plaintiff in the above-entitled and numbered civil actions, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

> Anthony K. Bruster, Of Counsel
> Texas State Bar No. 24036280
> akb@emafirm.com
> ALBRITTON LAW FIRM
> P.O. Box 2649
> Longview, Texas 75606
> Telephone:  (903) 757-8449
> Facsimile:  (903) 758-7397

Respectfully submitted,

/s/ Eric M. Albritton
Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Anthony K. Bruster, Of Counsel
Texas State Bar No. 24036280
akb@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397

*Counsel for Adaptix, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).   Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 17th day of July 2015.

/s/ Anthony K. Bruster
Anthony K. Bruster