# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC., | § | |
| | § | |
| v. | § | No. 6:12-cv-0022-RWS-CMC |
| | § | LEAD CASE |
| ALCATEL-LUCENT USA, INC., et al. | § | |
| | § | |

_____

## [PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE CERTAIN PRETRIAL DEADLINES AND TO EXCEED PAGE LIMITS FOR MOTIONS IN LIMINE

Before this Court is the parties' Joint Motion To Continue Certain Pretrial Deadlines and to Exceed Page Limits for Motions in Limine.  The Court having considered the Motion,

IT IS THEREFORE ORDERED that the Joint Motion To Continue Certain Pretrial Deadlines and to Exceed Page Limits for motions in limine be GRANTED, as follows:

| Event | Previous Date | New Date |
|---|---|---|
| Deadline to file motions in limine | July 20, 2015 | July 21, 2015 |
| Deadline for responses to motions in limine | July 22, 2015 | July 24, 2015 |
| Deadline to file pretrial materials (except motions in limine) | July 20, 2015 | July 22, 2015 |
| Deadline for parties to exchange exhibits | August 7, 2015 | August 7, 2015 |
| Pretrial conference in Texarkana, Texas, Fourth Floor Courtroom, before **Magistrate Judge Caroline Craven** | August 11, 2015 at 10:00 a.m. | August 11, 2015 at 10:00 a.m. |
| Jury Selection in Tyler, Texas, **before U.S. District Judge Robert W. Schroeder, III, with trial immediately following** | August 31, 2015 at 9 a.m. | August 31, 2015 at 9 a.m. |

      IT IS FURTHER ORDERED that Plaintiff and Defendants shall both be permitted 20 pages total for all motions in limine, and that Plaintiff and Defendants shall both be permitted 20 pages total for responses to motions in limine.

    **SIGNED this 17th day of July, 2015.**

*[signature: Caroline M. Craven]*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE