# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § | |
| | § | Civil Action No. 6:12-cv-22-RWS-CMC |
| v. | § | |
| | § | **(LEAD CASE)** |
| **ALCATEL-LUCENT USA, INC.,** | § | |
| **AT&T MOBILITY LLC**, | § | **JURY TRIAL DEMANDED** |
| | | |
| **ADAPTIX, INC.,** | § | |
| | § | 6:12-cv-122 |
| v. | § | |
| | § | |
| **ALCATEL-LUCENT USA, INC.,** | § | |
| **CELLCO PARTNERSHIP D/B/A** | § | |
| **VERIZON WIRELESS** | § | |
| | | |
| **ADAPTIX, INC.,** | § | |
| | § | 6:15-cv-123 |
| v. | § | |
| | § | |
| **ALCATEL-LUCENT USA, INC.,** | § | |
| **SPRINT SPECTRUM L.P.** | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Adam P. Seitz enters his appearance as counsel for Defendant Sprint Spectrum, L.P., in the above-referenced proceeding for the purpose of receiving notices from the Court. Mr. Seitz is currently admitted to practice in the United States District Court for the Eastern District of Texas. Mr. Seitz's contact information is as follows:

Adam P. Seitz<br>
Erise IP, P.A.<br>
6201 College Blvd, Suite 300<br>
Overland Park, KS 66211<br>
Telephone: (913) 777-5600<br>
Fax: (913) 777-5601<br>
Kansas Bar Number: 21059<br>
adam.seitz@eriseip.com

Dated:  July 31, 2015     Respectfully submitted,

By: /s/     *Adam P. Seitz*

Allen Franklin Gardner (SBN 24043679)
Michael E. Jones (SBN 10929400)
Potter Minton, P.C.
110 N. College Ave., Suite 500
Tyler, TX 75702
(903) 597-8311
(903) 593-0846 – fax
allengardner@potterminton.com
mikejones@potterminton.com

Mark W. McGrory (KS Bar 12316)
Adam P. Seitz (KS Bar 21059)
ERISE IP, P.A.
6201 College Blvd., Suite 300
Overland Park, KS 66211
(913) 777-5600
(913) 777-5601 – fax
mark.mcgrory@eriseip.com
adam.seitz@eriseip.com

Paul R. Hart (CO Bar 45697)
ERISE IP, P.A.
5600 Greenwood Plaza Blvd., Suite 200
Greenwood Village, CO 80111
(913) 777-5600
(913) 777-5601 – fax
paul.hart@eriseip.com

***ATTORNEYS FOR DEFENDANT
SPRINT SPECTRUM, L.P***

## CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the foregoing document was served on counsel for all parties appearing in this action via the Court's electronic filing system on July 31, 2015.

      /s/ *Adam P. Seitz*
      Adam P. Seitz