**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **ADAPTIX, INC.** § <br> Plaintiff, § <br> v. § <br> § <br> **ALCATEL-LUCENT USA, INC.** and § <br> **AT&T MOBILITY LLC,** § <br> Defendants. § | **CIVIL ACTION NO. 6:12-cv-00022** <br> *(Lead Case)* |
| **ADAPTIX, INC.** § <br> Plaintiff, § <br> v. § <br> § <br> **T-MOBILE USA, INC.,** § <br> Defendants. § <br> § | **CIVIL ACTION NO. 6:12-cv-00369** <br> *(Lead Case)* |

**DECLARATION OF DANIEL MCGONAGLE IN SUPPORT OF
OBJECTIONS OF ADAPTIX TO DENIAL OF MOTION RE '315 PATENT**

I, Daniel McGonagle, hereby declare as follows:

1. I am an attorney with the law firm Hayes Messina Gilman & Hayes, LLC, attorneys for plaintiff, ADAPTIX, Inc. ("ADAPTIX"), in this action. I submit this declaration in support of Objections of Adaptix to Denial of Motion Re '315 Patent.

2. In their Opposition to the Motion, Defendants had submitted what they described as a copy of Hui Liu's Appointment Agreement. Dkt. No. 302-5; Swedlow Decl., Ex. 3. The copy they submitted, however, was incomplete in that it did not include the University of Washington's Patent, Invention, and Copyright Policy, which the Agreement expressly incorporated. I have attached a copy of that Policy as Exhibit 1, which bears production number UWASH000009.

06092731

2

3. Since the hearing on this motion, Adaptix has located copies of the Employee Confidential Information and Invention Assignment Agreement, signed by each of the inventors. Attached as Exhibit 2 is a document bearing production number AD00563115-3118.

4. Attached as Exhibit 3 is a document bearing production number AD00563446-3452.

5. Attached as Exhibit 4 is a document bearing production number AD00563413-3417.

6. Attached as Exhibit 5 is a document bearing production number AD00563458-3463.

July 31, 2015

*/s/ Daniel McGonagle*
Daniel McGonagle