UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC.<br>　　Plaintiff,<br>v.<br><br>ALCATEL-LUCENT USA, INC. and<br>AT&T MOBILITY LLC,<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 6:12-cv-00022**<br>*(Lead Case)* |
| ADAPTIX, INC.<br>　　Plaintiff,<br>v.<br><br>T-MOBILE USA, INC.,<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 6:12-cv-00369**<br>*(Lead Case)* |

## ORDER

Before this Court are Plaintiff's Objections to Report and Recommendation of Magistrate Judge Craven regarding Plaintiff's Motion for Partial Summary Judgment that Pursuant to 35 U.S.C. S103(c), United States Patent 7,072,315 is Not Prior Art to United States Patent No. 6,870,808.

IT IS HEREBY ORDERED THAT the Court GRANTS Plaintiff's Motion for Partial Summary Judgment that Pursuant to 35 U.S.C. S103(c), United States Patent 7,072,315 is Not Prior Art to United States Patent No. 6,870,808.

06092769