**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| ADAPTIX, INC. § | |
|     Plaintiff, § | CIVIL ACTION NO. 6:12-cv-00022 |
| v. § | LEAD CASE |
| ALCATEL-LUCENT USA, INC. *et al*, § | |
|     Defendants. § | |
| § | |

**ORDER GRANTING**
**JOINT MOTION FOR SUBMISSION OF JURY QUESTIONNAIRE TO VENIRE**

Before the Court is Plaintiff Adaptix, Inc. and Defendants Alcatel-Lucent USA, Inc. ("ALU"), AT&T Mobility LLC ("AT&T"), Cellco Partnership d/b/a Verizon Wireless ("Verizon") and Sprint Spectrum L.P.'s ("Sprint") (together "Defendants") Joint Motion for Submission of Jury Questionnaire to Venire. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the parties Joint Motion for Submission of Jury Questionnaire to Venire is GRANTED.

**SIGNED this 4th day of August, 2015.**

*[signature: Robert W Schroeder III]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE