**IN THE UNITED STATES DISTRICT COURT**
**OF THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| ADAPTIX, INC. | § | |
| v. | § | No. 6:12cv22 |
| ALCATEL-LUCENT, INC., et al. | § | |
| ADAPTIX, INC. | § | |
| v. | § | No. 6:12cv369 |
| ERICSSON, INC., et al. | § | |

## ORDER

Previously, the Court appointed David Keyzer as technical advisor to the Court in these cases with his costs to be assessed equally between Plaintiff and Defendants and timely paid as billed. The Court has received a bill representing services rendered and expenses incurred prior to and including August 10, 2015. Upon review, the Court finds the total amount charged, $3,088.50, to be appropriate and **ORDERS** Plaintiff to pay one half and Defendants to pay one half. It is

**ORDERED** that on or before September 9, 2015, the parties shall remit payment of $3,088.50 to David Keyzer at 5170 Golden Foothill Parkway, El Dorado Hills, CA 95762.

**IT IS SO ORDERED.**

**SIGNED this 10th day of August, 2015.**

*/s/ Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE