**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § | |
| | § | |
| v. | § | **CASE NO. 6:12-cv-022** |
| | § | **(LEAD CASE)** |
| **ALCATEL-LUCENT, USA, INC., ET AL.** | § | |

### NOTICE OF APPEARANCE

Defendant AT&T Mobility LLC hereby gives notice that Douglas M. Kubehl enters his appearance as attorney of record for the Defendant and requests that copies of all notices, orders, and pleadings be served on the undersigned counsel.

Dated: August 10, 2015

Respectfully submitted by:

*/s/ Douglas M. Kubehl*
Douglas M. Kubehl
   (Texas Bar No. 00796909)
  *doug.kubehl@bakerbotts.com*
Jeffery S. Becker
   (Texas Bar No. 24069354)
*jeff.becker@bakerbotts.com*
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Dallas, Texas 75201
Telephone:   (214) 953-6500
Facsimile:   (214) 953-6503

**ATTORNEYS FOR DEFENDANT
AT&T MOBILITTY LLC**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served on all counsel of record in accordance with the Federal Rules of Civil Procedure and the Local Court Rules of the United States District Court for the Eastern District of Texas via the CM/ECF system, on August 10, 2015.

*/s/ Douglas M. Kubehl*
Douglas M. Kubehl
