IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC. | § | |
| | § | |
| V. | § | No. 6:12-CV-22 |
| | § | CONSOLIDATED CASE |
| ALCATEL-LUCENT USA, INC., | § | |
| ET AL. | § | |

### ORDER

Jury selection is scheduled August 31, 2015 in the above-referenced consolidated case, with a final pretrial conference August 25. The Court finds it is in the best interests of the case to reconvene the mediation in this matter and enters the following Order.

The parties shall contact Judge Harlan Martin to schedule a settlement conference on August 24, 2015, under the same terms as the original mediation. All parties and their counsel (local and/or lead), as well as parties with ultimate settlement authority, must be personally present at the mediation. The time and location of the settlement conference can be determined by the parties.

**IT IS SO ORDERED**.
**SIGNED this 12th day of August, 2015.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE