**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| ADAPTIX, INC., <br><br>                     Plaintiff, <br><br> v. <br><br> ALCATEL-LUCENT USA, INC., ET AL., <br><br>                     Defendants. | Civil Action No. 6:12-cv-00022 <br> Lead Case |

**CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL**
**REGARDING DEFENDANT'S OBJECTIONS TO MAGISTRATE JUDGE CRAVEN'S**
**REPORT AND RECOMMENDATION REGARDING**
**VERIZON'S MOTION FOR SUMMARY JUDGMENT**
**OF NO DIRECT INFRINGEMENT OF THE '172 PATENT**

I certify that under Local Rule CV-5(a)(7)(A) the document filed with the court at D.I. 460, Defendant's Objections to Magistrate Judge Craven's Report and Recommendation Regarding Verizon's Motion for Summary Judgment of No Direct Infringement of the '172 Patent, was filed under seal pursuant to the Court's Protective Order entered in this case.

Dated:  August 14, 2015                              Respectfully submitted,

                                                                    By: */s/ S. Dennis Wang*
                                                                           Mark D. Flanagan
                                                                           Robert M. Galvin
                                                                           Geoffrey M. Godfrey
                                                                           Cortney C. Hoecherl
                                                                           S. Dennis Wang
                                                                           WILMER CUTLER PICKERING
                                                                              HALE AND DORR LLP
                                                                           950 Page Mill Road
                                                                           Palo Alto, CA  94304
                                                                           Phone:  (650) 858-6000
                                                                           Fax:  (650) 858-6100

1

        Michael E. Jones (SBN 10929400)
        John F. Bufe (SBN 3316930)
        Allen F. Gardner (SBN 24043679)
        POTTER MINTON P.C.
        110 North College, Suite 500
        Tyler, TX  75710
        Phone:  (903) 597-8311

*Attorneys for Defendant Cellco Partnership d/b/a Verizon Wireless*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 14, 2015.

        */s/ S. Dennis Wang*
        S. Dennis Wang