## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| ADAPTIX, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 6:12-cv-022 |
| | ) LEAD CASE |
| ALCATEL-LUCENT USA, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**JOINT SUBMISSION OF PROPOSED ORDER RE: INITIAL PRETRIAL CONFERENCE**

Plaintiff Adaptix, Inc. ("Adaptix") and Defendants Alcatel-Lucent USA, Inc. ("Alcatel-Lucent USA"), AT&T Mobility LLC ("AT&T"), Cellco Partnership d/b/a Verizon Wireless ("Verizon"), and Sprint Spectrum L.P. ("Sprint") (collectively "Defendants") respectfully submit the attached Proposed Order regarding the Initial Pretrial Conference.

Date: August 21, 2015

Respectfully submitted,

*/s/ Paul J. Hayes*
Paul J. Hayes
Kevin Gannon
**HAYES MESSINA GILMAN & HAYES LLC**
200 State Street, 6th Floor
Boston, MA 02109
Tel: (617) 345-6900
Fax: (617) 443-1999
Email: phayes@hayesmessina.com
Email: kgannon@hayesmessina.com

Craig Tadlock
Texas State Bar No. 00791766
Keith Smiley
Texas State Bar No. 24067869
**TADLOCK LAW FIRM PLLC**

2701 Dallas Parkway, Suite 360
Plano, TX 75093
Tel: (903) 730-6789
Email: craig@tadlocklawfirm.com
Email: keith@tadlocklawfirm.com

Eric Albritton
Texas State Bar. No. 00790215
**ALBRITTON LAW FIRM**
222 North Fredonia St.
Longview, TX 75601
Email: ema@emafirm.com

**ATTORNEYS FOR ADAPTIX, INC.**

By: */s/ David A. Nelson*
David A. Nelson
Stephen A. Swedlow
Brianne M. Straka
Marc L. Kaplan
Lauren Hillemann (pro hac vice)
QUINN EMANUEL URQUHART &
SULLIVAN LLP
500 W. Madison St.
Suite 2450
Chicago, IL 60661
Tel: (312) 705-7400

Michael E. Jones (SBN 10929400)
John F. Bufe (SBN 3316930)
Allen F. Gardner (SBN 24043679)
POTTER MINTON P.C.
110 North College, Suite 500
Tyler, TX 75710
Phone: (903) 597-8311

**ATTORNEYS FOR
ALCATEL-LUCENT USA, INC.**

By: */s/ David A. Nelson*
David A. Nelson
Stephen A. Swedlow
Brianne M. Straka
Marc L. Kaplan
Lauren Hillemann (pro hac vice)
QUINN EMANUEL URQUHART &
SULLIVAN LLP
500 W. Madison St.

Suite 2450
Chicago, IL 60661
Tel: (312) 705-7400

Michael E. Jones (SBN 10929400)
John F. Bufe (SBN 3316930)
Allen F. Gardner (SBN 24043679)
POTTER MINTON P.C.
110 North College, Suite 500
Tyler, TX 75710
Phone: (903) 597-8311

**ATTORNEYS FOR AT&T MOBILITY LLC**

By: */s/ Geoffrey M. Godfrey*
Mark D. Flanagan
Robert M. Galvin
Geoffrey M. Godfrey
Cortney C. Hoecherl
S. Dennis Wang
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Phone: (650) 858-6000
Fax: (650) 858-6100

Michael E. Jones (SBN 10929400)
John Bufe (SBN 3316930)
Allen F. Gardner (SBN 24043679)
POTTER MINTON P.C.
110 North College, Suite 500
Tyler, TX 75710
Phone: (903) 597-8311

**ATTORNEYS FOR CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS**

By: */s/ Mark W. McGrory*
Mark W. McGrory (pro hac vice)
ERISE IP
6201 College Boulevard, Suite 300
Overland Park, KS 66211
Office: 913-777-5600
Fax: 913-777-5601
Direct: 913-777-5643

Email: mark.mcgrory@eriseip.com

Michael E. Jones (SBN 10929400)
John Bufe (SBN 3316930)
Allen F. Gardner (SBN 24043679)
POTTER MINTON P.C.
110 North College, Suite 500
Tyler, TX 75710
Phone: (903) 597-8311

**ATTORNEYS FOR SPRINT SPECTRUM L.P.**

### CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with the Local Rule CV-5 on August 21, 2015. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

    */s/ Kevin Gannon*
    Kevin Gannon