IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC. | § | |
| v. | § | No. 6:12cv22 |
| | | CONSOLIDATED CASE |
| ALCATEL-LUCENT, INC., et al. | § | |

## MEMORANDUM OPINION AND ORDER

The above case was referred to the undersigned United States Magistrate Judge for pre-trial purposes in accordance with 28 U.S.C. § 636. The following motion is before the Court:

**Defendants' Motion to Strike Mr. Philip Green's Supplemental Expert Report (Docket Entry # 463).**

The Court, having reviewed the motion and the response, is of the opinion the motion should be **DENIED**.

IT IS SO ORDERED.

SIGNED this 24th day of August, 2015.

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE