UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL-LUCENT USA, INC., et al. <br><br> Defendants. | Civil Action 6:12-cv-0022 <br> LEAD CASE |

**JOINT PROPOSAL REGARDING THE LENGTH OF TRIAL**

Pursuant to the Court's instruction at the Final Pretrial Conference on August 25, 2015, the parties submit the following joint proposal regarding the length of trial.

The parties jointly propose the following times for voir dire, opening, and closing:

| Presentation | Length per side |
|---|---|
| Voir Dire | 45 minutes |
| Opening Argument | 45 minutes |
| Closing Argument | 45 minutes |

For the presentation of evidence, the parties jointly propose 17 hours per side, all-inclusive.

DATED: August 25, 2015

Respectfully submitted,

| | |
|---|---|
| By: */s/ Paul J. Hayes* <br> Paul J. Hayes <br> Kevin Gannon <br> Thomas Fulford <br> Michael Ercolini <br> HAYES MESSINA GILMAN & HAYES LLC <br> 200 State St., 6th Floor <br> Boston, MA 02109 <br> Tel: (617) 439-4200 <br> Email: phayes@hayesmessina.com <br> Email: kgannon@hayesmessina.com <br> Email: tfulford@hayesmessina.com <br> Email: mercolini@hayesmessina.com <br><br> Craig Tadlock <br> Texas State Bar No. 00791766 <br> TADLOCK LAW FIRM PLLC <br> 2701 Dallas Parkway, Suite 360 <br> Plano, Texas 75093 <br> Phone: (903) 730-6789 <br> Email: craig@tadlocklawfirm.com <br><br> Eric Albritton <br> Texas State Bar. No. 00790215 <br> ALBRITTON LAW FIRM <br> 222 North Fredonia St. <br> Longview, TX 75601 <br> Email: ema@emafirm.com <br><br> ATTORNEYS FOR PLAINTIFF ADAPTIX, INC. | By: */s/ Stephen Swedlow* <br> David A. Nelson <br> Stephen Swedlow (*pro hac vice*) <br> Brianne Straka (*pro hac vice*) <br> Marc Kaplan (*pro hac vice*) <br> Lauren Hillemann (*pro hac vice*) <br> QUINN EMANUEL URQUHART & SULLIVAN LLP <br> 500 West Madison <br> Suite 2450 <br> Chicago, Illinois 60661 <br> Telephone: (312) 705-7400 <br> Fax: (312) 705-7499 <br> davenelson@quinnemanuel.com <br> stephenswedlow@quinnemanuel.com <br> thomascushing@quinnemanuel.com <br> briannestraka@quinnemanuel.com <br> marckaplan@quinnemanuel.com <br> laurenhillemann@quinnemanuel.com <br><br> Michael E. Jones (SBN 10929400) <br> John F. Bufe (SBN 3316930) <br> Allen F. Gardner (SBN 24043679) <br> POTTER MINTON P.C. <br> POTTER MINTON PC <br> 110 North College, Suite 500 <br> PO Box 359 <br> Tyler, Texas 75710-0359 <br> Telephone: (903) 597-8311 <br> Fax: (903) 593-0846 <br><br> ATTORNEYS FOR ALCATEL-LUCENT USA INC. AND AT&T MOBILITY LLC |

By: /s/ *Geoffrey M. Godfrey*

Mark D. Flanagan
Robert M. Galvin
Geoffrey M. Godfrey
Cortney C. Hoecherl
S. Dennis Wang
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Phone: (650) 858-6000
Fax: (650) 858-6100

Michael E. Jones (SBN 10929400)
John F. Bufe (SBN 3316930)
Allen F. Gardner (SBN 24043679)
POTTER MINTON P.C.
110 North College, Suite 500
Tyler, TX 75710
Phone: (903) 597-8311

ATTORNEYS FOR DEFENDANT AND
COUNTERCLAIM-PLAINTIFF CELLCO
PARTNERSHIP D/B/A VERIZON
WIRELESS

04029-30083/7140272.1

By: /s/ *Mark W. McGrory*

Michael E. Jones (SBN 10929400)
John F. Bufe (SBN 3316930)
Allen F. Gardner (SBN 24043679)
POTTER MINTON P.C.
110 North College, Suite 500
Tyler, TX 75710
Phone: (903) 597-8311
POTTER MINTON, P.C.
110 N. College, Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846
mikejones@potterminton.com
allengardner@potterminton.com

Mark W. McGrory (*pro hac vice*)
ERISE IP
6201 College Boulevard, Suite 300
Overland Park, KS 66211
Office: 913-777-5600
Fax: 913-777-5601
Direct: 913-777-5643
Email: mark.mcgrory@eriseip.com

ATTORNEYS FOR DEFENDANT
SPRINT SPECTRUM L.P.

## **CERTIFICATE OF SERVICE**

I certify that on the 25th day of August, 2015, all counsel of record were served with a copy of this document via the Court's electronic case filing system.

*/s/ Paul J. Hayes*

04029-30083/7140272.1