IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER  DIVISION

Judge Robert William Schroeder III

| | | |
|---|---|---|
| ADAPTIX, INC. | § | |
| | § | |
| V. | § | CIVIL NO. 6:12cv22 |
| | § | |
| ALCATEL-LUCENT USA, INC., et al | § | |

MINUTES FOR JURY SELECTION AND FIRST DAY OF TRIAL
HELD BEFORE JUDGE ROBERT WILLIAM SCHROEDER III
AUGUST 31, 2015

OPEN: 8:36 am                                              ADJOURN: 10:25 am

ATTORNEY FOR PLAINTIFFS:    See Attorney Sign-In Sheet

ATTORNEY FOR DEFENDANTS: See Attorney Sign-In Sheet

LAW CLERK:                           Boone Baxter

COURTROOM DEPUTY:            Betty Schroeder

COURT REPORTER:                  Brenda Butler

| | |
|---|---|
| 8:36 am | Case called; parties introduce themselves and announce ready; Court welcomes parties; |
| 8:37 am | Mr. Steve Swedlow argues the objections to late produced metadata documents (dkt. #428); |
| 9:03 am | Mr. Paul Hayes responds |
| 9:18 an | Court responds; not inclined to continue; will not allow plaintiff's exhibits 1427 and 1428 to be used in trial |
| 9:19 am | Mr. Hayes argues Plaintiff's Motion to Exclude Mention of Unclean Hands During Opening (dkt. 514) |
| 9:21 am | Mr. Dave Nelson responds |

| | |
|---|---|
| 9:23 am | Court responds |
| 9:24 am | Mr. Nelson responds |
| 9:24 am | Court responds |
| 9:24 am | Mr. Nelson clarifies one point in metadata matter |
| 9:25 am | Mr. Hayes responds |
| 9:26 am | Court responds |
| 9:27 am | Mr. Hayes responds |
| 9:29 am | Court responds |
| 9:30 am | Mr. Nelson responds |
| 9:31 am | Recess |
| 9:36 am | In chambers conference |
| 9:50 am | Break |
| 10:10 am | In chambers conference |
| 10:18 am | Mr. Albritton addresses court regarding oral joint motion to continue case; Mr. Nelson responds; Court responds, granted; parties to meet and confer and propose new DCO by close of business tomorrow; November-January time frame for new trial date; |
| 10:21 am | Jury panel seated; Court addresses panel; excuses panel |
| 10:25 am | Recess |