# **ATTORNEY SIGN-IN SHEET**

Judge Robert W. Schroeder III
6:12cv22

ADAPTIX, INC. v. ALCATEL-LUCENT USA, INC., et al
AUGUST 31, 2015

JURY SELECTION AND FIRST DAY OF TRIAL

**PLEASE PRINT CLEARLY**

| ATTORNEY'S NAME | REPRESENTING |
|---|---|
| DEAN BOSTOCK | ADAPTIX |
| Doug Kubehl | AT&T Mobility |
| P Hayes | ADAPTIX |
| Kevin Gannon | Adaptix |
| Allen Gardner | Defendants |
| Dave Nelson | Alcatel & AT&T |
| Steve Smedlow | Alcatel & AT&T |
| Rob Galvin | Verizon |
| Geoff Godfrey | Verizon |
| MARK McGRORY | SPRINT |
| Eric Albritton | Adaptix |
| | |