## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. 6:12-cv-0022** |
| | § | *LEAD CASE* |
| **v.** | § | |
| | § | |
| **ALCATEL-LUCENT USA, INC., et al** | § | |
| **Defendants.** | § | |

### ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW COUNSEL

Before the Court is the Unopposed Motion for Withdrawal of Counsel of Jonathan Tuminaro as attorney of record for Plaintiff, Adaptix, Inc.

Having considered the Motion, the Court is of the opinion that the Motion should be **GRANTED** and Jonathan Tuminaro is withdrawn as counsel for Adaptix, Inc.

The Clerk shall remove Jonathan Tuminaro from receiving electronic Court notices in this matter.

**SIGNED this 2nd day of September, 2015.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE