IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-22-RWS-CMC |
| v. | § § | |
| **ALCATEL-LUCENT USA, INC.,** *et al.*, | § § § | **LEAD CASE** |
| *Defendants*. | § | |

## AMENDED DOCKET CONTROL ORDER

| Event | Date |
|---|---|
| Production of hard drive image to Defendants from independent expert | September 11, 2015 |
| Deadline to resolve discovery disputes relating to inspection and production of Ware hard drive | October 2, 2015 |
| Close of fact discovery (by Defendants) related to Ware hard drive | October 14, 2015 |
| New and/or supplemental expert reports due | October 19, 2015 |
| Close of expert discovery limited to Ware hard drive and invalidity | October 30, 2015 |
| Mediation Deadline | November 6, 2015 |
| Evidentiary Hearing on Standing | November 18, 2015 at 9:30 a.m. |
| Trial Date[1] | December 7, 2015 |

**SIGNED this 2nd day of September, 2015.**

*[signature: Robert W. Schroeder III]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE

---

[1] The Court understands this trial date may need to be adjusted depending on developments related to discovery in the instant case and discussion with the parties involved in consolidated civil action number 6:12cv369.