UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC. | § § | |
| v. | § § | CIVIL ACTION NO. 6:12-cv-22 (LEAD CASE) |
| ALCATEL-LUCENT USA INC., ET AL. | § § | |

| | | |
|---|---|---|
| ADAPTIX, INC. | § § | |
| v. | § § | CIVIL ACTION NO. 6:12-cv-369 (LEAD CASE) |
| ERICSSON INC., ET AL. | § § | |

| | | |
|---|---|---|
| ADAPTIX, INC. | § § | |
| v. | § § | CIVIL ACTION NO. 6:14-cv-501, -502, -503 |
| ERICSSON INC., ET AL. | § § | |

**DEFENDANTS' NOTICE OF OBJECTIONS TO PLAINTIFF'S DESIGNATIONS FOR THE DEPOSITION OF HUI LIU**

Defendants Alcatel-Lucent USA, Inc., AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless, and Sprint Spectrum L.P. (collectively "Defendants") hereby provide objections to Plaintiff's deposition designations as noted during the November 18, 2015 hearing on the Defendants' Motion to Dismiss for Lack of Standing.

| Designations | Objections |
|---|---|
| 147:6 – 147:25 | |
| 148:2 – 148:24 | Leading |
| 149:1 – 149:4 | Leading |
| 149:6 – 149:9 | Leading |
| 149:11 – 149:25 | Leading |
| 150:1 – 150:23 | Leading |

| Designations | Objections |
|---|---|
| 150:25 – 152:7 | Leading |
| 152:10 – 152:18 | Leading |
| 152:20 – 152:25 | Leading |
| 153:1 – 154:13 | Leading |
| 154:15 | Leading |
| 154:17 – 154:22 | Leading |
| 154:24 – 155:22 | Leading; Legal Conclusion |
| 155:25 – 156:10 | Leading; Legal Conclusion |
| 156:12 – 156:13 | Leading; Legal Conclusion |
| 156:16 – 157:8 | Leading; Legal Conclusion |
| 157:11 | Leading; Legal Conclusion |
| 157:14 – 158:12 | Leading; Legal Conclusion |
| 158:15 – 159:3 | Leading; Legal Conclusion |
| 159:5 – 160:11 | Leading; Legal Conclusion |
| 160:14 – 162:20 | Leading |
| 162:22 – 163:15 | Leading |
| 163:18 – 164:2 | Leading |
| 164:4 – 165:10 | Leading |
| 165:12 – 168:20 | Leading |
| 168:22 – 169:17 | Leading |
| 169:19 | Leading |
| 169:21 – 169:24 | Leading |
| 170:1 – 170:24 | Leading |
| 171:1 – 171:2 | Leading |
| 171:4 – 171:6 | Leading |
| 171:8 – 172:19 | Leading; Legal Conclusion |
| 172:22 – 172:24 | Leading; Legal Conclusion |
| 173:1 – 173:11 | Leading; Legal Conclusion |
| 173:14 – 173:18 | Leading; Legal Conclusion |
| 173:20 – 174:11 | Leading; Legal Conclusion |
| 174:13 – 174:14 | Leading; Legal Conclusion |
| 174:16 – 174:17 | Leading; Legal Conclusion |
| 174:20 – 174:23 | Leading; Legal Conclusion |
| 174:25 – 175:2 | Leading; Legal Conclusion |
| 175:4 – 175:19 | Leading |
| 175:21 – 176:3 | Leading |
| 176:9 – 178:22 | Leading; Argumentative |
| 178:25 – 179:3 | Leading |
| 179:5 | Leading |
| 179:7 – 181:4 | Leading |

| Designations | Objections |
|---|---|
| 181:7 – 181:15 | Expert testimony |
| 181:17 – 181:20 | Leading |
| 181:22 – 182:1 | Leading |
| 182:4 – 182:5 | Leading |
| 182:8 – 182:12 | Leading |
| 182:14 – 184:3 | |
| 184:5 – 184:24 | |
| 185:1 – 187:1 | Leading |
| 187:3 – 187:6 | Leading |
| 187:9 – 189:10 | Leading |
| 189:12 – 192:15 | Leading |
| 219:7 – 219:8 | Leading |
| 219:10 – 220:19 | Leading |
| 220:21 – 220:25 | Leading |
| 221:2 – 221:9 | Leading |
| 221:12 – 221:18 | Leading |
| 221:20 – 222:15 | Leading |
| 222:17 – 222:20 | Leading |
| 222:22 – 222:23 | Leading |
| 222:25 – 223:4 | Leading |
| 222:6 – 222:9 | Leading |
| 223:11 – 223:14 | |

DATED: November 25, 2015

Respectfully submitted,

By: /s/ David A. Nelson

David A. Nelson
Stephen A. Swedlow (*pro hac vice*)
Brianne M. Straka (*pro hac vice*)
Marc L. Kaplan (*pro hac vice*)
Lauren Hillemann (*pro hac vice*)
QUINN EMANUEL URQUHART &
   SULLIVAN LLP
500 W. Madison St.
Suite 2450
Chicago, IL 60661
Tel: (312) 705-7400

Michael E. Jones (SBN 10929400)
Allen F. Gardner (SBN 24043679)
POTTER MINTON P.C.
110 North College, Suite 500
Tyler, TX 75710
Phone: (903) 597-8311

***Attorneys for Defendants Alcatel-Lucent USA, Inc. and AT&T Mobility LLC***

By: /s/ Geoffrey M. Godfrey

Mark D. Flanagan (*pro hac vice*)
Robert M. Galvin (*pro hac vice*)
Geoffrey M. Godfrey (*pro hac vice*)
Cortney C. Hoecherl (*pro hac vice*)
S. Dennis Wang (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Phone: (650) 858-6000
Fax: (650) 858-6100

Michael E. Jones (SBN 10929400)
Allen F. Gardner (SBN 24043679)
POTTER MINTON P.C.
110 North College, Suite 500
Tyler, TX 75710
Phone: (903) 597-8311

***Attorneys for Defendant Cellco Partnership D/B/A Verizon Wireless***

By: /s/ Mark W. McGrory

Mark W. McGrory (*pro hac vice*)
Lawrence A. Rouse (*pro hac vice*)
ROUSE HENDRICKS GERMAN MAY PC
1201 Walnut, 20th Floor
Kansas City, MO 64106
Tel: (816) 471-7700
Fax: (816) 471-2221
MarkM@rhgm.com
LarryR@rhgm.com

Michael E. Jones (SBN 10929400)
Allen F. Gardner (SBN 24043679)
POTTER MINTON P.C.
110 North College, Suite 500

Tyler, TX 75710
Phone: (903) 597-8311

*Attorneys for Defendant Sprint Spectrum L.P.*

*/s/ Douglas M. Kubehl*
Douglas M. Kubehl
Texas Bar No. 00796909
*doug.kubehl@bakerbotts.com*
Jonathan B. Rubenstein
Texas Bar No. 24037403
*jonathan.rubenstein@bakerbotts.com*
Jeffery S. Becker
Texas Bar No. 24069354
*jeff.becker@bakerbotts.com*
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

Jennifer P. Ainsworth
Texas Bar No. 00784720
*jainsworth@wilsonlawfirm.com*
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 399
Tyler, Texas 75701
Telephone: (903) 509-5000
Facsimile: (903) 509-5092

**ATTORNEYS FOR ERICSSON INC., TELEFONAKTIEBOLAGET LM ERICSSON, AT&T MOBILITY LLC METROPCS COMMUNICATIONS, INC., T-MOBILE USA, INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, AND SPRINT SPECTRUM LP**

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 25th day of November, 2015, with a copy of this document, via ECF notification.

*/s/ Stephen A. Swedlow*
Stephen A. Swedlow