UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| ADAPTIX, INC., | |
|---|---|
| Plaintiff, | |
| v. | Civil Action 6:12-cv-0022 |
| ALCATEL-LUCENT USA, INC., et al., | |
| Defendants. | CONSOLIDATED LEAD CASE |

**JOINT NOTICE OF EXHIBITS PRESENTED AT THE NOVEMBER 18, 2015 EVIDENTIARY HEARING**

Pursuant to the Court's request at the November 18th hearing, the parties submit the following list of exhibits presented at the evidentiary hearing.

**Exhibits Presented by Defendants**

| Transcript Lines | Briefing Exhibit | Description |
|---|---|---|
| 11:16-17 | Dkt. 535, Mot. Ex. 2 | Dr. Liu's Employment Contract |
| 14:3-4 | Dkt. 535, Mot. Ex. 7 | Patent and Copyright Policy, May 2, 2000 UWASH0000008 |
| 16:7-14 | Dkt. 539, Resp. Ex. I | May 2, 2000 UW Patent Policy, Way Back Machine |
| 20:22-21:12 | Dkt. 440 | Adaptix's Objections and Response to the Magistrate Judge' Order |
| 23:7-25:3 | Dkt. 539, Resp. Ex. A | UW Faculty Meeting Minutes |
| 27:5-10 | Dkt. 535, Mot. Ex. 17 | 1999 Paper, Dynamic Scheduling in Antenna Array Packet Radio, by Hui Liu and Hujun Yin |
| 28:3-12 | Dkt. 535, Mot. Ex. 1 | Excerpts of Liu Transcript |
| 30:16-31:1 | Dkt. 535, Mot. Ex. 1 | Excerpts of Liu Transcript |
| 31:20-23 | Dkt. 535, Mot. Ex. 1 | Excerpts of Liu Transcript |
| 32:14-33:15 | Opp. Liu Decl Ex. 8, 32, 34 | Faculty Merit Review Forms |
| 34:2-7 | Dkt. 535, Mot. Ex. 5 | Letter Approving 2007 Sabbatical Request |

| 56:17-57:15 | Dkt. 539, Resp. Ex. I | May 2, 2000 UW Patent Policy, Way Back Machine |
| --- | --- | --- |
| 59:1-15 | Dkt. 535, Dkt. 440 | Adaptix's Objections and Response to the Magistrate Judge' Order |
| 60:18-61:4 | Dkt. 535, Mot. Ex. 1 | Excerpts of Liu Transcript |
| 110:21-111:4 | Dkt. 535, Mot. Ex. 7 | Patent and Copyright Policy, May 2, 2000 UWASH0000008 |
| 115:23-116:3 | Dkt. 535, Mot. Ex. 2 | Dr. Liu's Employment Contract |
| 123:14-124:25 | Dkt. 535, Mot. Ex. 7 | Patent, Invention, and Copyright Policy, 4-99, UWASH0000009 |
| 191:16-23 | Dkt. 535, Mot. Ex. 7 | Patent, Invention, and Copyright Policy, 4-99, UWASH0000009 |
| 192:1-24 | Dkt. 539, Resp. Ex. I | May 2, 2000 UW Patent Policy, Way Back Machine |
| 196:14-197:7 | Dkt. 535, Mot. Ex. 7 | Patent, Invention, and Copyright Policy, 4-99, UWASH0000009 |
| 198:7-12 | Dkt. 535, Mot. Ex. 17 | 1999 Paper, Dynamic Scheduling in Antenna Array Packet Radio, by Hui Liu and Hujun Yin |
| 198:19-22 | Dkt. 535, Mot. Ex. 9 | '808 Patent |
| 198:24-199:15 | Dkt. 535, Mot. Ex. 1 | Excerpts of Liu Transcript |
| 203:18-23 | Dkt. 535, Mot. Ex. 7 | Patent, Invention, and Copyright Policy, 4-99, UWASH0000009 |
| 204:9-21 | Dkt. 535, Mot. Ex. 7 | Operations Manual, UWAH0000044 |
| 233:2-6 | Dkt. 551, Resp. Ex. 6 and 7 | Employment Agreements of Dr. Li and Dr. Mu |

**Exhibits Presented by Plaintiff**

| 39-23-40:1 | Dkt. 539, Resp., Gannon Decl., Exs. B and C | '808 and '283 USPTO Patent Assignments |
| --- | --- | --- |
| 40:6-22 | Dkt. 539, Resp., Gannon Decl., Ex. F | Dr. Hui Liu University of Washington August 3, 1998 Appointment Agreement |
| 40:23-25 | Dkt. 539, Resp., Gannon Decl., Ex. O | Excerpt of Liu Transcript |
| 41:1-15 | Dkt. 539, Resp., Gannon Decl., Ex. R | Excerpt of Stoll Transcript |
| 41:23-42:2 | Dkt. 539, Resp., Gannon Decl., Ex. M | University of Washington Operations Manual |
| 42:3-12 | Dkt. 539, Resp., Gannon Decl., Ex. G | University of Washington Patent, Invention, and Copyright Policy (1992 Rev.) |
| 43:3-11 | Dkt. 539, Resp., Gannon Decl., Exs. H-L | University of Washington Patent, Invention, and Copyright Policy (1992-2015 Revs.) |
| 44:7-45:8 | Dkt. 539, Resp., Gannon Decl., Ex. F | Dr. Hui Liu University of Washington August 3, 1998 Appointment Agreement |

| | | |
|---|---|---|
| 46:8-16 | Dkt. 539, Resp., Gannon Decl., Exs. P and A | UW Faculty Senate & SCIPC Meeting Minutes |
| 49:2-8 | Dkt. 539, Resp., Liu Decl. Ex. 3 | Liu Bio Pages UW Website for Faculty of Engineering |
| 49:15-50:5 | Dkt. 539, Resp., Gannon Decl., Ex. W | Correspondence from Department Chair Leung Tsang to Matthew O'Donnell |
| 50:13-51:6 | Dkt. 557, Surreply, Gannon Decl., Ex. EE | Liu Application for Leave of Absence |
| 51:7-14 | Dkt. 539, Resp., Liu Decl. Ex. 1 | Liu Faculty Merit Evaluation Form (2001) |
| 51:15-24 | Dkt. 539, Resp., Gannon Decl., Ex. U | Letter from Ass. Vice Provost Re: 1460 Request of Professor Hui Liu |
| 51:24-16 | Dkt. 539, Resp., Liu Decl. Ex. 2 | Liu Faculty Merit Evaluation Form (2002) |
| 53:4-16 | Dkt. 539, Resp., Gannon Decl., Ex. R | Excerpt of Stoll Testimony |
| 115:23-25; 118:8-11; 160:2-8 | Dkt. 535-3, Mot. Decl. Ex. 2;Dkt. 539-7, Opp. Decl. Ex. F | Dr. Hui Liu Appointment Agreement |
| 125:24-126:5; 162:14-24 | Dkt. 539-8, Opp. Decl. Ex. H | Patent, Invention, Copyright Policy of the University of Washington (April 99) |
| 159:1-7 | Dkt. 539-3 Opp. Decl. Ex. B | Certified Assignment filed in the United States Patent Office relative to the '808 patent |
| 161:11-16 | Dkt. 539-14, Opp. Decl. Ex. M | Operations Manual for the University of Washington |
| 169:15-22 | Dkt. 539-18, Opp. Decl. Ex. G | Correspondence from Department Chair Leung Tsang to Matthew O'Donnell |
| 173:11-21 | Dkt. 539-22, Opp. Decl. Ex. U | Memo to vice provost from Howard Chizeck, department chair at University of Washington |
| 178:21-179:6 | Dkt. 543-18, Memo. Decl. Ex. Q | Series A Preferred Stock Purchase Agreement, June 21, 2000 |
| 181:18-22 | Dkt. 543-19, Memo. Decl. Ex. R | Broadstorm Employee Confidential Information and Invention Assignment Agreement |
| 183:9-17; 138:9-12 | Dkt. 543-5, Memo. Decl. Ex. D | Draft Patent Application for the '808 Patent |
| 184:24-185:10; 138:9-12 | Dkt. 543-5, Memo. Decl. Ex. D | Drawings and Patent drafts of the '808 patent application |
| 187:22-188:24 | Ex. 40 to Liu Deposition | Letter from University of Washington Attorney General's Office Re: Clearwire Litigation |
| 220:1-8 | Dkt. 543, Memorandum, Gannon Decl., Ex. D | August 9, 2000 Draft Patent Application for the '808 Patent and Drawings |
| 220:1-8 | Dkt. 543, Memorandum, Gannon Decl., Exs. F & G | Excerpts of Hicks and Spencer Depositions |

| | | |
|---|---|---|
| 220:6-8 | Dkt. 557, Surreply, Gannon Decl., Ex. CC | Excerpt of Hicks Deposition |
| 220:16-18 | Dkt. 543, Memorandum, Gannon Decl., Ex. I | Acampora Supplemental Expert Report |
| 222:12-16 | Dkt. 543, Memorandum, Gannon Decl., Ex. E | Liu Deposition Excerpt |
| 222:12-16 | Dkt. 543, Memorandum, Gannon Decl., Exs. R & S | Dr. Liu and Dr. Yin Broadstorm Employment Agreements |
| 222:18-23 | Dkt. 543, Memorandum, Gannon Decl., Ex. Q | Broadstorm June 21, 2000 Series A Preferred Stock Agreement |
| 223:17-225:7 | Dkt. 543, Memorandum, Gannon Decl., Ex. E | Excerpt of Liu Deposition |
| 223:17-225:7 | Dkt. 543, Memorandum, Gannon Decl., Ex. H | Email from Dr. Liu to Xiaodong Li enclosing version 6 of '808 draft application |

DATED:  November 25, 2015

Respectfully submitted,

By: */s/ Stephen A. Swedlow*

David A. Nelson
Stephen A. Swedlow
Brianne M. Straka
Marc L. Kaplan
Lauren Hillemann (*pro hac vice*)
Quinn Emanuel Urquhart & Sullivan LLP
500 W. Madison St.
Suite 2450
Chicago, IL 60661
Tel: (312) 705-7400

Michael E. Jones
State Bar No. 10929400
John F. Bufe
State Bar No. 3316930
Allen F. Gardner
State Bar No. 24043679
**POTTER MINTON, P.C.**
110 N. College, Suite 500
Tyler, Texas 75702

*Attorneys for Defendants Alcatel-Lucent USA, Inc. and AT&T Mobility LLC*

By: */s/ Geoffrey M. Godfrey*
Mark D. Flanagan
Robert M. Galvin

Geoffrey M. Godfrey
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Fax: (312) 858-6100
Mark.Flanagan@wilmerhale.com
Robert.galvin@wilmerhale.com
Geoff.godfrey@wilmerhale.com

Michael E. Jones
Patrick C. Clutter, IV
**POTTER MINTON, P.C.**
110 N. College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Fax: (903) 593-0846

*Attorneys for Defendant Cellco Partnership d/b/a Verizon Wireless*

By   /s/ Mark W. McGrory
Mark W. McGrory (*pro hac vice*)
ERISE IP
6201 College Boulevard, Suite 300
Overland Park, KS 66211
Office: 913-777-5600
Fax: 913-777-5601
Direct: 913-777-5643
Email: mark.mcgrory@eriseip.com

Michael E. Jones
State Bar No. 10929400
John F. Bufe
State Bar No. 3316930
Allen F. Gardner
State Bar No. 24043679
**POTTER MINTON, P.C.**
110 N. College, Suite 500
Tyler, Texas 75702
Tele: (903) 597-8311
Fax: (903) 593-0846
mikejones@potterminton.com
allengardner@potterminton.com
johnbufe@potterminton.com

*Attorneys for Defendant Sprint Spectrum L.P.*

ADAPTIX, INC.
By: */s/ Paul J. Hayes*
Paul J. Hayes
James J. Foster
**HAYES, MESSINA, GILMAN & HAYES LLC**
200 State St., 6th Floor
Boston, MA  02109
Tel: (617) 439-6900
Fax: (617) 443-1999
Email:  phayes@hayesmessina.com
Email:  jfoster@hayesmessina.com

Craig Tadlock
Texas State Bar No. 00791766
**TADLOCK LAW FIRM PLLC**
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
Phone:  (903) 730-6789
Email:  craig@tadlocklawfirm.com

ATTORNEYS FOR PLAINTIFF
ADAPTIX, INC

### CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 25th day of November, 2015, with a copy of this document, via the CM/ECF system.

*/s/ Stephen A. Swedlow*
Stephen A. Swedlow

04929.20082/7441885.1