**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § § § | |
| Plaintiff, | § § | |
| vs. | § § | **CIVIL ACTION NO. 6:12-cv-22** |
| **ALCATEL-LUCENT USA, INC.,** *et al.*, | § § § | |
| Defendants. | § | |

**ORDER**

Pursuant to the Guide to Judiciary Policy Volume 19, Chapter 7, Section 750.20, the Court **ORDERS** that the Clerk's Office provide lunch for the deliberating jury in the above-styled and numbered civil action on December 18, 2015.

**So ORDERED and SIGNED this 18th day of December, 2015.**

*[signature: Robert W Schroeder III]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE