UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

ADAPTIX, INC.,
　　　　　　Plaintiff,

v.

ALCATEL-LUCENT USA, INC. et al.,
　　　　　　Defendants.

Civil Action 6:12-cv-0022
**LEAD CASE**

## JURY VERDICT FORM

We, the Jury, unanimously agree to the answers to the following questions and return

them under the instructions of this Court as our verdict in this case:

## ADAPTIX'S INFRINGEMENT CLAIMS

1.　Has Adaptix proven by a preponderance of the evidence that AT&T directly infringed the following claims of the '808 Patent?

*Please answer "Yes" (for Adaptix) or "No" (for AT&T) in each row.*

| '808 Patent Claim | |
|---|---|
| Claim 1 | No |
| Claim 2 | No |
| Claim 4 | No |

2.　Has Adaptix proven by a preponderance of the evidence that Sprint directly infringed the following claims of the '808 Patent?

*Please answer "Yes" (for Adaptix) or "No" (for Sprint) in each row.*

| '808 Patent Claim | |
|---|---|
| Claim 1 | NO |
| Claim 2 | NO |
| Claim 4 | No |

3.   Has Adaptix proven by a preponderance of the evidence that Verizon directly infringed the following claims of the '808 Patent?

*Please answer "Yes" (for Adaptix) or "No" (for Verizon) in each row.*

| '808 Patent Claim | |
|---|---|
| Claim 1 | No |
| Claim 2 | No |
| Claim 4 | No |

4.   Has Adaptix proven by a preponderance of the evidence that Alcatel-Lucent USA contributorily infringed the following claims of the '808 patent?

*Please answer "Yes" (for Adaptix) or "No" (for Alcatel Lucent USA) in each row.*

| '808 Patent Claim | |
|---|---|
| Claim 1 | No |
| Claim 2 | No |
| Claim 4 | No |

## DEFENDANTS' INVALIDITY CLAIMS AGAINST ADAPTIX

5.   Have the Defendants proven by clear and convincing evidence that the following claims of the '808 patent are invalid due to anticipation?

*Please answer "Yes" (for Alcatel Lucent USA, AT&T, Sprint, and Verizon) or "No" (for Adaptix) in each row.*

| '808 Patent Claim | |
|---|---|
| Claim 1 | Yes |
| Claim 2 | Yes |
| Claim 4 | Yes |

2

6.  Have the Defendants proven by clear and convincing evidence that the following claims of the '808 patent are invalid due to obviousness?

*Please answer "Yes" (for Alcatel Lucent USA, AT&T, Sprint, and Verizon) or "No" (for Adaptix) in each row.*

| '808 Patent Claim | |
|---|---|
| Claim 1 | Yes |
| Claim 2 | Yes |
| Claim 4 | Yes |

7.  Have the Defendants proven by clear and convincing evidence that the following claims of the '808 patent are invalid due to inadequate written description?

*Please answer "Yes" (for Alcatel Lucent USA, AT&T, Sprint, and Verizon) or "No" (for Adaptix) in each row.*

| '808 Patent Claim | |
|---|---|
| Claim 1 | Yess |
| Claim 2 | Yes |
| Claim 4 | Yes |

## ADAPTIX'S CLAIM FOR DAMAGES (IF APPLICABLE)

*Answer questions 8 and 9 below only if you found one or more of Adaptix's patent claims was both infringed and valid.*

8.  If you award Adaptix damages, have you chosen a lump sum royalty or a running royalty? Circle one option below only if you award Adaptix damages.


**Lump Sum Royalty**                    **Running Royalty**


3

9.    What sum of money, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate Adaptix for the infringement of the '808 patent for the carrier's use of Alcatel-Lucent base stations?

*1.  Answer with the Amount Due from Alcatel-Lucent USA base stations in AT&T's network (if any)*

1. $ _____

*2.  Answer with the Amount Due from Alcatel-Lucent USA base stations in Sprint's network (if any)*

2. $ _____

*3.  Answer with the Amount Due from Alcatel-Lucent USA base stations in Verizon's network (if any)*

3. $ _____

***Total*** *Amount Due (if any) (Add Lines 1, 2, and 3 above)*

$ _____

\* \* \* \*

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations.  The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Bailiff that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

DATED: Dec. 18 _____, 2015          By ███████████████████

Presiding Juror

4