**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL-LUCENT USA, INC. and AT&T MOBILITY LLC, <br><br> Defendants. | CASE NO. 6:12-cv-22 <br><br> LEAD CASE |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR JUDGMENT AS A MATTER OF LAW ON PLAINTIFF'S DIRECT INFRINGEMENT CLAIM AGAINST ALCATEL-LUCENT

Before this Court is Defendants' Motion for Judgment as a Matter of Law on Plaintiff's Direct Infringement Claim against Alcatel-Lucent, presented in Court on December 14, 2015. The Court having considered the Motion,

IT IS HEREBY ORDERED THAT the Court GRANTS Defendants' Motion for Judgment as a Matter of Law on Plaintiff's Direct Infringement Claim Against Alcatel-Lucent.

**So ORDERED and SIGNED this 28th day of December, 2015.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE