**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **ADAPTIX, INC.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | **CASE NO. 6:12-CV-22** |
| **ALCATEL-LUCENT USA, INC., ET AL.,** § | **LEAD CASE** |
| § | |
| Defendants. § | |

**ORDER**

Trial in this case concluded on December 18, 2015. The Court **SETS** any post-trial motions for hearing on **March 1, 2016 at 10:00 a.m.** in Texarkana. The parties are **ORDERED** to meet and confer to establish a briefing schedule for the motions and to file a notice with the Court of the schedule by **January 7, 2016**. All briefing must be completed by **February 22, 2016**.

SIGNED this 4th day of January, 2016.

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE