# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC., | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-22-RWS |
| v. | § § | |
| ALCATEL-LUCENT USA, INC., et al., | § § | JURY TRIAL DEMANDED |
| *Defendants*, | § § | |

## PLAINTIFF ADAPTIX, INC.'S NOTICE OF APPEARANCE FOR ANDREW J. WRIGHT

Adaptix, Inc., plaintiff in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person is appearing as counsel of record in addition to those who have already appeared.

    Andrew J. Wright, Of Counsel
    Texas State Bar No. 24063927
    ajw@emafirm.com
    **ALBRITTON LAW FIRM**
    1330 North White Chapel Blvd. Suite 100
    Southlake, Texas 76092
    Telephone: (817) 251-0610
    Facsimile: (903) 758-7397

    Respectfully submitted,

    /s/ Eric M. Albritton
    Eric M. Albritton
    Texas State Bar No. 00790215
    ema@emafirm.com
    Shawn A. Latchford
    Texas State Bar No. 24066603
    sal@emafirm.com

**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

Anthony K. Bruster, Of Counsel
Texas State Bar No. 24036280
akb@emafirm.com
Andrew J. Wright, Of Counsel
Texas State Bar No. 24063927
ajw@emafirm.com
**ALBRITTON LAW FIRM**
1330 North White Chapel Blvd. Suite 100
Southlake, Texas 76092
Telephone: (817) 251-0610
Facsimile: (903) 758-7397

Edward R. Nelson, III
Texas State Bar No. 00797142
ed@nelbum.com
Brent N. Bumgardner
Texas State Bar No. 00795272
brent@nelbum.com
Barry J. Bumgardner
Texas State Bar No. 00793424
barry@nelbum.com
Meredith Fitzpatrick
Texas State Bar No. 24059753
meredith@nelbum.com
**NELSON BUMGARDNER ,P.C.**
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Telephone: (817) 377-9111
Facsimile: (817) 377-3485

*Counsel for Adaptix, Inc.*

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 6th  day of January 2016.

                                                                       Andrew J. Wright