IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC. | § | |
| | § | |
| v. | § | CASE NO. 6:12-cv-22 |
| | § | LEAD CASE |
| | § | |
| ALCATEL-LUCENT USA, INC. et al. | § | JURY TRIAL DEMANDED |
| | § | |

## DEFENDANT ALCATEL-LUCENT, USA INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

Pursuant to Fed. R. Civ. P. 7.1 Defendant Alcatel-Lucent USA, Inc. makes the following disclosures:

Alcatel-Lucent USA Inc. is an indirect, wholly owned subsidiary of Alcatel Lucent S.A., a publicly traded company organized under the laws of France. Alcatel Lucent S.A. indirectly owns more than 10% of Alcatel-Lucent USA Inc.'s stock. Nokia Corp., a publicly traded company organized under the laws of Finland, now owns more than 10% of the stock of Alcatel Lucent S.A.

DATED: January 21, 2016

By: /s/ *David A. Nelson*
David A. Nelson
Stephen A. Swedlow (*pro hac vice*)
Brianne M. Straka (*pro hac vice*)
Marc L. Kaplan (*pro hac vice*)
Lauren Hillemann (*pro hac vice*)
Quinn Emanuel Urquhart & Sullivan LLP
500 W. Madison St.
Suite 2450
Chicago, IL 60661
Tel: (312) 705-7400

Michael E. Jones
State Bar No. 10929400
John F. Bufe
State Bar No. 3316930
Allen F. Gardner
State Bar No. 24043679
**POTTER MINTON, P.C.**
110 N. College, Suite 500
Tyler, Texas 75702

*Attorneys for Defendants Alcatel-Lucent USA, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 21, 2016.

*/s/ David A. Nelson*
David A. Nelson